UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| HARRY WASHINGTON,<br><br>Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>Commissioner of Social Security,<br><br>Defendant. | No. 1:16-CV-3024-RHW<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION TO CLOSE FILE** |

The Court has reviewed the Report and Recommendation of Magistrate Judge John T. Rodgers, **ECF No. 3**. No Objections were filed by the deadline.

Accordingly, **IT IS ORDERED:**

1. The Court **ADOPTS** the **Report and Recommendation**; and

2. The file shall be **CLOSED**.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order, forward copies to counsel and **close the file**.

**DATED** this 19th day of April, 2016.

*s/Robert H. Whaley*
ROBERT H. WHALEY
Senior United States District Judge

**ORDER ADOPTING REPORT AND RECOMMENDATION TO CLOSE FILE ~ 1**